UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MCKINLEY KEATHLEY, JR., | ) | Case No. EDCV 10-587 PA(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WILLIAM CATES, CDCR Director, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 23, 2011

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE